184 So. 912

**John Robert CHAPMAN v. STATE.**

**4 Div. 427.**

Court of Appeals of Alabama.

Nov. 15, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

---

178 So. 922

**James CHRISTIAN v. STATE.**

**8 Div. 520.**

Court of Appeals of Alabama.

Feb. 1, 1938.

RICE, Judge.

Appeal dismissed.

---

185 So. 919

**John Wesley CHRISTIAN v. STATE.**

**6 Div. 272.**

Court of Appeals of Alabama.

Dec. 13, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

Appeal dismissed.

---

185 So. 919

**CITY OF ANNISTON v. Hazel OLIVER.**

**7 Div. 436.**

Court of Appeals of Alabama.

Dec. 27, 1938.

H. H. Evans, of Anniston, for appellant.

Ross Blackmon, of Anniston, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

---

177 So. 917

**CITY OF BIRMINGHAM v. Reuben AYERS et al.**

**6 Div. 212.**

Court of Appeals of Alabama.

Nov. 26, 1937.

PER CURIAM.

Appeal dismissed for want of prosecution.

---

182 So. 924

**Ex parte Virgil CLARK.**

**8 Div. 623.**

Court of Appeals of Alabama.

April 5, 1938.

Rehearing Denied May 10, 1938.

Thos. W. Layne, of Huntsville, for petitioner.

Douglass Taylor and Thos. J. Taylor, both of Huntsville, for respondent.

PER CURIAM.

Mandamus denied.